COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Amanda Broussard v. The Bank of New York Mellon

Appellate case number:   01-14-00214-CV

Trial court case number:   13-CCV-050828

Trial court:              County Court at Law No. 2 of Fort Bend County

On August 7, 2014, we issued a memorandum opinion and judgment dismissing the above-referenced appeal in this forcible entry and detainer action for want of jurisdiction.  Appellant, Amanda Broussard, has not timely filed a motion for rehearing or a motion for extension of time to file such a motion.  Instead, on September 4, 2014, appellant filed an "Emergency Motion for Relief Under Tex. R. App. P. 24.4(c)," requesting that this Court issue a writ or order directing, among other parties, appellee's transferee, the W. Kelly Vandever Revocable Trust (the "Trust"), from seeking to execute its writ of possession until this Court's mandate issues on October 10, 2014.  The writ of possession was served on appellant on September 3, 2014, and orders her to vacate her property by September 5, 2014, by 7 am.  On September 4, 2014, the Trust filed a response in opposition to appellant's emergency motion.

On March 26, 2014, we had issued an order staying the execution of the writ of possession and execution of the judgment "until the case in this Court is finally decided or the Court otherwise orders the stay lifted."  *See* TEX. R. APP. P. 24.4(c).  Because our memorandum opinion and judgment did not lift the stay, that stay remains in effect until the trial clerk receives this Court's mandate.  *See* TEX. R. APP. P. 51.1(b).

Accordingly, appellant's emergency motion is dismissed as moot.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                    ☑ Acting individually     ☐ Acting for the Court

Date: September 5, 2014